AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER-TAMERLANE PUBLISHING CORP.; AVERAGE JOE'S ENTERTAINMENT GROUP LLC d/b/a AVERAGE ZJS MUSIC PUBLISHING; INDIANA ANGEL MUSIC; FAME PUBLISHING COMPANY LLC; SOUTHEASTERN PUBLISHING LLC; SAD SMILES MUSIC; LATE AUGUST PUBLISHING,
*Plaintiff(s)*

v.

VIKING VENTURES, LLC d/b/a HIGHLANDERS TAVERN AND GRILL and NICK McCULLOUGH and KYLE McCULLOUGH, each individually,
*Defendant(s)*

Civil Action No. 1:23-cv-5562

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kyle McCullough
7010 Concourse Parkway
Douglasville, Georgia 30134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph H. Stuhrenberg
**BURR & FORMAN LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
jstuhrenberg@burr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMRE
*CLERK OF COURT*

Date: 12/05/2023

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-5562

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: